█ HERBERT E. STAMMEL, Respondent, v. GEORGE D. MARSHALL et al., Appellants.— Appeal from an order of the Supreme Court granting the motion of plaintiff to set aside a verdict in a negligence action on the ground of inadequacy, and granting a new trial. The verdict was clearly improper but the defendant made no motion to set the same aside. The plaintiff moved to have the verdict set aside on the ground that it was inadequate. Order affirmed, with $10 costs. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur.